UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DEQUNNE HERRON,

        Plaintiff,        Case No. 2:25-cv-60

v.                              Honorable Phillip J. Green

MDOC,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  April 23, 2025                  /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge